**ELKHORN & JELLICO COAL COMPANY, Movant, v. Sabina HALE, Opposed.**

Court of Appeals of Kentucky.

May 26, 1942.

Stephen Combs, Jr. for movant.

Astor Hogg, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**ELKHORN & JELLICO COAL CO., Movant, v. James BANKS, Opposed.**

Court of Appeals of Kentucky.

May 26, 1942.

Stephen Combs, Jr. for movant.

Astor Hogg, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**J. O. KILLION, Trading and Doing Business as Killion Motor Express, Movant, v. B. W. STEVENS, Opposed.**

Court of Appeals of Kentucky.

June 16, 1942.

Harry L. Hargadon for movant.

Robert Hubbard, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.